IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY SNOW, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:14CV649–HEH
)
CAPTAIN PERRY, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on December 9, 2014, the Court directed Plaintiff to pay an initial partial filing fee of $10.83 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                                                       /s/
                                                    HENRY E. HUDSON

Date: Jan. 9, 2015                     UNITED STATES DISTRICT JUDGE
Richmond, Virginia